

# NUMBER 13-17-00274-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CITY OF LOS FRESNOS/LOS FRESNOS EMS
DEPARTMENT,                                                    Appellant,

v.

JAIME H. ASA AND JOEL PERALES,                                Appellees.

---

### On appeal from the 206th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Memorandum Opinion by Justice Contreras

This cause is now before the Court on appellant City of Los Fresnos/Los Fresnos

EMS Department's "Unopposed Motion to Dismiss Due to Settlement." Appellant

represents that appellant, appellees, and plaintiffs in the underlying suit have settled their

disputes which includes an agreement that this appeal be dismissed, with costs to be

taxed to the party incurring same.

The Court, having considered the documents on file and the motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

DORI CONTRERAS
Justice

Delivered and filed the
14th day of December, 2017.